**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| ERIC ADAM SCHMIDT, | ) | CASE NO. 08-13400 |
| DEBTOR(S). | ) | Chapter 7 |
| | ) | |

# NOTICE OF UNCLAIMED FUNDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Unclaimed Funds pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that check issued to the following creditor was neither cashed nor returned and more than ninety (90) days have passed since the check was issued:

| CREDITOR | ADDRESS | DIVIDEND |
|---|---|---|
| Whitley County Treasurer | 220 W. Van Buren Street<br>Suite 208<br>Columbia City, IN 46725 | $14.68 |
| | Total | $14.68 |

**WHEREFORE**, Trustee is depositing the total sum of $14.68 with the Clerk of the U.S. Bankruptcy Court, representing unclaimed funds in the above-referenced bankruptcy case.

**Dated: January 24, 2011**

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

**BY: /s/ Martin E. Seifert**
**MARTIN E. SEIFERT**
**I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Unclaimed Funds has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 24th day of January, 2011, to:

Steven J. Glaser, Esq.
116 E. Berry St.
Suite 1900
Fort Wayne, IN 46802

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Whitley County Treasurer
220 W. Van Buren St.
Suite 208
Columbia City, IN 46725

/s/ Martin E. Seifert
**MARTIN E. SEIFERT**

R:\BMSW\quikdocs\08-13400\Notice of Unclaimed Funds-1-bb.wpd